**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HV ASSOCIATES, ET AL.,

                Plaintiffs,

     -against-                           19 **CIVIL** 7438 (ALC)

                                     **JUDGMENT**

PNC BANK, N.A., ET AL.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2020, Defendant's motion to dismiss is GRANTED. Plaintiffs' Second Amended Complaint is DISMISSED. Plaintiffs' request to amend the Second Amended Complaint as to fraud/fraudulent interference and interference with prospective economic advantage is DENIED; accordingly, this case is closed.

**Dated:** New York, New York

       September 30, 2020

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                        **BY:**    *K. Mango*

                                                  **Deputy Clerk**